No. D–1283. IN RE DISBARMENT OF COHEN. It is ordered that Jerome David Cohen, of Brooklyn, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1284. IN RE DISBARMENT OF ROSENBERG. It is ordered that Roger M. Rosenberg, of Mineola, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1285. IN RE DISBARMENT OF SLIFFMAN. It is ordered that Marc Harvey Sliffman, of Wheaton, Md., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1286. IN RE DISBARMENT OF NEDER. It is ordered that Ellis Emeen Neder, Jr., of New York, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1287. IN RE DISBARMENT OF HELINGER. It is ordered that James A. Helinger, Jr., of Clearwater, Fla., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1288. IN RE DISBARMENT OF CORREA. It is ordered that Dennis D. Correa, of St. Petersburg, Fla., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.